NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARVEST INSTITUTE FREEDMAN FEDERATION, WILLIAM WARRIOR and BLACK INDIANS UNITED LEGAL DEFENSE FUND,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5104

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-907, Senior Judge Robert H. Hodges, Jr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellants' motion for an extension of time, until July 14, 2010, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 9 2010
—————————————
Date

/s/ Jan Horbaly
—————————————
Jan Horbaly
Clerk

cc:  Percy Squire, Esq.
     Daniel G. Steele, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 9 2010

**JAN HORBALY**
**CLERK**